

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00223-CR

PABLO GONZALEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2019-418419, Honorable Douglas H. Freitag, Presiding

January 11, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Pablo Gonzalez, was convicted by a jury of online solicitation of a minor and sentenced to ten years' confinement.[1]  It has been brought to the attention of this Court that the trial court has granted a motion for new trial.

The legal effect of an order granting a new trial is to vacate the original judgment and restore the case to its position before the former trial.  TEX. R. APP. P. 21.9(b).  As

---

[1] TEX. PENAL CODE ANN. § 33.021(b).

there is no final judgment from which an appeal may be prosecuted, this Court has no jurisdiction over the appeal. *McLaughlin v. State*, No. 07-15-00416-CR, 2015 Tex. App. LEXIS 13008, at *1 (Tex. App.—Amarillo Dec. 29, 2015, no pet.) (mem. op., not designated for publication); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

Accordingly, the appeal is dismissed for want of jurisdiction and mandate will issue forthwith.

Alex L. Yarbrough
Justice

Do not publish.

2